IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| R.M. A MINOR, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, ANTHONY ALAN MORRIS AND STEFANIE RAE WARNEKE, AND ANTHONY ALAN MORRIS, INDIVIDUALLY AND STEFANIE RAE WARNEKE, INDIVIDUALLY | § § § § § § § § | Case No. 6:24-cv-00641-ADA-DTG |
| Plaintiffs, | § § | |
| v. | § § | |
| THE UNITED STATES OF AMERICA HEART OF TEXAS COMMUNITY HEALTH CENTER, INC. D/B/A WACO FAMILY MEDICINE RESIDENCY CENTER PROGRAM D/B/A WACO FAMILY MEDICINE CENTER AND JENNY LEE BROKOVEC, M.D., | § § § § § § § § § | |
| Defendants. | § | |

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE IN
OPPOSITION TO DEFENDANT JENNY LEE BRAKOVEC, M.D.'S
<u>MOTION FOR EXTENSION OF TIME FOR JURISDICTIONAL MOTION BRIEFING</u>**

Defendant United States of America files this Response in Opposition to Defendant Jenny Lee Brakovec, M.D.'s Motion for Extension of Time for Jurisdictional Motion Briefing (ECF No. 62).

<u>**Background**</u>

The United States filed its motion to dismiss Plaintiffs' claims, brought under the Federal Tort Claims Act, on May 15, 2025. ECF No. 27. The current scheduling order, which permitted a roughly 60-day period for jurisdictional discovery, sets a deadline to respond to the United States'

motion by August 4, 2025. ECF No. 38. Dr. Brakovec has moved to extend this deadline to August 18, 2025, to "adequately prepare responsive briefing based on the jurisdictional discovery conducted." ECF No. 62 ¶ 11.

## Argument

Dr. Brakovec has not shown good cause to extend the deadline to respond to the United States' motion to dismiss. It is a deadline that does not apply to her. The Court should therefore deny her motion.

A scheduling order may be modified only for good cause and with the district court's consent. Fed. R. Civ. P. 16(b)(4). To show good cause, the party seeking to modify the scheduling order has the burden of showing "that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *Filgueira v. U.S. Bank Nat'l Ass'n*, 734 F.3d 420, 422 (5th Cir. 2013) (per curiam) (quotation marks and citation omitted). This assumes, of course, there is a deadline the movant is required to meet.

The deadline to respond to the United States' motion applies only to Plaintiffs. Dr. Brakovec is a defendant in this case. She has not asserted any claims that are subject to dismissal. There is no need to adequately brief a response when there is nothing to respond to. To the extent Dr. Brakovec wishes to submit briefing that addresses the arguments made by the United States and/or Plaintiffs related to the United States' motion to dismiss, the appropriate course would be to file a motion for leave to submit briefing on the issue.

## Conclusion

Dr. Brakovec has not demonstrated good cause to extend a response deadline that does not apply to her. The Court, therefore, should deny her motion.

Dated: July 30, 2025                              Respectfully submitted,

                                                  **Justin R. Simmons**
United States Attorney

By:   */s/ Landon A. Wade*
**Landon A. Wade**
State Bar No. 24098560
landon.wade@usdoj.gov
Robert D. Green
State Bar No. 24087626
robert.green3@usdoj.gov
Assistant United States Attorneys
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)

***Attorneys for Defendant***
***United States of America***