IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| R.M. A MINOR, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, ANTHONY ALAN MORRIS AND STEFANIE RAE WARNEKE, AND ANTHONY ALAN MORRIS, INDIVIDUALLY AND STEFANIE RAE WARNEKE, INDIVIDUALLY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA HEART OF TEXAS COMMUNITY HEALTH CENTER, INC. D/B/A WACO FAMILY MEDICINE RESIDENCY CENTER PROGRAM D/B/A WACO FAMILY MEDICINE CENTER AND JENNY LEE BROKOVEC, M.D.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | Case No. 6:24-cv-00641-ADA-DTG |

**DEFENDANT UNITED STATES OF AMERICA'S OPPOSED MOTION FOR LEAVE TO FILE COMBINED REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant United States of America respectfully requests leave to file a combined Reply in support of its motion to dismiss (ECF No. 27) that addresses each of Plaintiffs, Dr. Jenny Brakovec, and Waco Family Medicine's (the "aligned parties") responses (ECF Nos. 77, 78, 79) in one filing rather than in three separate replies.

The aligned parties each filed separate, 20-page responses to the United States's Motion to Dismiss, for a total of 60 pages of briefing. *See* ECF Nos. 77, 78, 79. That briefing is accompanied by several thousand pages of exhibits. This Court's local rules prescribe a 20-page

limit for responses to dispositive motions and a 10-page limit for replies in support of dispositive motions. *See* Local Rules CV-7(D), (E).

The United States seeks to consolidate its replies to each of the three responses into one filing rather than in three separate, 10-page replies. Western District of Texas Administrative Policies and Procedures for Electronic Filing Rule 12(e) states that "[e]ach filing must consist of only one pleading. Multiple pleadings (e.g., an answer and a motion to dismiss, or a notice of appeal and a motion for certificate of appealability) must be filed as separate documents." Here, however, filing three separate replies to three responses will result in at least some manner of duplicative briefing. The United States therefore seeks leave to file a single Reply not to exceed 22 pages.

The aligned parties oppose this request and appear to take the position that the United States is limited to a single reply of 10 pages. The United States therefore files this opposed motion seeking leave to file a single Reply of 22 pages in length. This approach will provide the Court with a single filing setting forth the United States's arguments in response to the arguments raised in the aligned parties' various opposition briefs and will entail a shorter consolidated filing than the 30 pages of briefing that could result if the United States filed three separate Replies.

Accordingly, for the purposes of efficiency and to provide the Court with a more effective way to examine the issues presented by the United States' motion, as well as to thoroughly address the issues in the aligned parties' responses, the United States seeks leave to consolidate its replies into one filing not to exceed 22 pages. The proposed filing is attached as an exhibit to this Motion in accordance with Local Rule CV-7.B.

Dated: August 25, 2025.    Respectfully submitted,

**Justin R. Simmons**
United States Attorney

By:  */s/ Landon A. Wade*
**Landon A. Wade**
State Bar No. 24098560
landon.wade@usdoj.gov
Robert D. Green
State Bar No. 24087626
robert.green3@usdoj.gov
Assistant United States Attorneys
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)

*Attorneys for Defendant*
*United States of America*

**<u>CERTIFICATE OF CONFERENCE</u>**

I certify that I conferred with counsel for Plaintiffs, Waco Family Medicine, and Dr. Brakovec regarding this motion on August 25, 2025. Counsel for Plaintiffs and Dr. Brakovec stated they are opposed to the relief sought in this motion. Multiple counsel of record for Waco Family Medicine responded separately. One counsel stated that Waco Family Medicine takes no position. The other stated that WFM is opposed.

*/s/ Robert D. Green*
**Robert D. Green**
Assistant United States Attorney